Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Robbin K. Castello

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| ROBBIN K. CASTELLO, | Case No.: 1:11-cv-00114 SMS |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

TO THE HONORABLE SANDRA M. SNYDER, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between Robbin K. Castello ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

///

///

///

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.

   DATE: July 11, 2011          Respectfully submitted,

                                LAW OFFICES OF LAWRENCE D. ROHLFING

                                             /s/ *Young Cho*
                            BY:_____
                                Young Cho
                                Attorney for plaintiff Robbin K. Castello


   DATE: July 11, 2011          BENJAMIN B. WAGNER
                                United States Attorney


                                         /s/ *Daniel P. Talbert*
                                _____
                                Daniel P. Talbert
                                Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
                                Commissioner of Social Security
                                (Per e-mail authorization)




                                **ORDER**




   IT IS SO ORDERED.

       Dated:   **July 26, 2011**              **/s/ Sandra M. Snyder**
                                         UNITED STATES MAGISTRATE JUDGE